# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAIME BARAWID, *et al*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>COUNTRYWIDE BANK FSB, *et al*,<br><br>                    Defendants. | Case No. 2:12-cv-00707-APG-CWH<br><br>**ORDER DISMISSING CASE** |

On August 30, 2012, this Court entered its Order stating, in pertinent part: "Notice is hereby given that this action shall be dismissed without prejudice as to said party(ies) unless on or before 09/29/2012 there is filed with the clerk proof of service on the [defendants], which service must have taken place prior to the expiration of the 120−day time limit set forth in Fed.R.Civ.P. 4(m), or good cause is shown why such service was not made in that period." To date, Plaintiff has not filed such proof of service. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED without prejudice.

Dated:  May 28, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE